THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAMERON G. ROUPE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES STRICKLAND,<br><br>　　　　　　　　Defendant. | CASE NO. C13-2131-JCC-BAT<br><br>ORDER |

　　This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge. (Dkt. No. 59.) No objections have been filed. Having thoroughly considered the briefing, the Report and Recommendation, and the relevant record, the Court finds oral argument unnecessary and hereby ORDERS:

　　(1) The Court ADOPTS the Report and Recommendation.

　　(2) Defendant Strickland's motion to dismiss, (Dkt. No. 39), is DENIED. Plaintiff is ORDERED to appear for deposition at a time and place properly noted by Defendant Strickland. Future failures by Plaintiff to consent to a deposition, or to comply at that deposition, may result in the dismissal of his case.

　　(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant Strickland, and to Judge Tsuchida. This matter is re-referred to Judge Tsuchida.

//

1 DATED this 5th day of May 2014.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2